■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODORE

HARRIS, Appellant.—Judgment, County Court, Broome County, rendered February 3, 1977, affirmed (see *People v Coleman,* 42 NY2d 837). Sweeney, J. P., Kane, Staley, Jr., Larkin and Mikoll, JJ., concur.